**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| SCOTT PETRETTA,<br><br>    Plaintiff,<br><br>v.<br><br>GOCARS.COM, an Internet domain name, GODOCTOR.COM, an Internet domain name, GOELECTRIC.COM, an Internet domain name, GOFASHION.COM, an Internet domain name, GOGAMES.COM, an Internet domain name, GOGIFTS.COM, an Internet domain name, GONUCLEAR.COM, an Internet domain name, GOPARTS.COM, an Internet domain name, GOPARTY.COM, an Internet domain name, GORESTAURANTS.COM, an Internet domain name, GOSAFETY.COM, an Internet domain name, GOSALES.COM, an Internet domain name, GOSERVICE.COM, an Internet domain name, GOTOUR.COM, an Internet domain name, GOWEATHER.COM, an Internet domain name, MX4.COM, an Internet domain name, and JOHN DOE,<br><br>    Defendants. | Civil Action No. 1:20-cv-996-LO-TCB |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**<u>DEFENDANT DOMAIN NAME GONUCLEAR.COM</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Scott Petretta, by counsel, hereby voluntarily dismisses Defendant domain name <u>GoNuclear.com</u> without prejudice following the voluntary transfer and return of this domain name to Plaintiff. <u>GoNuclear.com</u> has not served an answer or a motion for summary judgment in this matter.

Dated: September 28, 2020     By:      /s/ Adrienne J. Kosak
Attison L. Barnes, III (VA Bar No. 30458)
David E. Weslow (*for pro hac admission*)
Adrienne J. Kosak (VA Bar No. 78631)
WILEY REIN LLP
1776 K St. NW
Washington, DC 20006
(202) 719-7000 (phone)
(202) 719-7049 (fax)
abarnes@wiley.law
dweslow@wiley.law
akosak@wiley.law

*Counsel for Plaintiff
Scott Petretta*

## CERTIFICATE OF SERVICE

I, Adrienne J. Kosak, hereby certify that on September 28, 2020, I electronically filed the foregoing by using the CM/ECF system.  I also sent a copy to the registrant(s) of the Defendant domain names at the email addresses provided by the registrant to the domain registrars or at the email address through which the registrant has contacted Plaintiff:

    Gocars.com@anonymize.com
    4188182@privacy-link.com
    Gofashion.com@anonymize.com
    Gogames.com@anonymize.com
    4268489@privacy-link.com
    Goparty.com@anonymize.com
    Gorestaurants.com@anonymize.com
    Goservice.com@anonymize.com
    4049585@privacy-link.com
    Goweather.com@anonymize.com
    Contact@privacyprotect.org
    Armor@writeme.com

contacted the registrants to inform them of the filings through portals provided as the only means of communication:

    https://whoispro.domain-robot.org/whois/gogifts.com
    https://www.godaddy.com/whois/results.aspx?domain=gosafety.com

and, where neither email address nor portal was available, sent a copy to the registrant(s) care of the registrars at the following email addresses:

    abuse@godaddy.com
    abuse@domainpeople.com

                */s/ Adrienne J. Kosak*
Adrienne J. Kosak
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Tel: (202) 719-7000
Fax: (202) 719-7049
akosak@wiley.law

*Counsel for Plaintiff Scott Petretta*