IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SCOTT PETRETTA,<br>              Plaintiff,<br>v.<br><br>GOCARS.COM, *an Internet domain name*, GODOCTOR.COM, *an Internet domain name*, GOFASHION.COM, *an Internet domain name*, GOGAMES.COM, *an Internet domain name*, GOGIFTS.COM, *an Internet domain name*, GONUCLEAR.COM, *an Internet domain name*, GOPARTS.COM, *an Internet domain name*, GOPARTY.COM, *an Internet domain name*, GORESTAURANTS.COM, *an Internet domain name*, GOSAFETY.COM, *an Internet domain name*, GOSALES.COM, *an Internet domain name*, GOSERVICE.COM, *an Internet domain name*, GOTOUR.COM, *an Internet domain name*, GOWEATHER.COM, *an Internet domain name*, MX4.COM, *an Internet domain name*, and JOHN DOE,<br>              Defendants. | Civil Action No. 1:20-cv-996<br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the Plaintiff's Notice of Voluntary Dismissal of Defendant domain name GoNuclear.com Without Prejudice following the voluntary transfer and return of this domain name to Plaintiff. It is hereby ORDERED that is action is DISMISSED without prejudice as it concerns GoNuclear.com.

It is **SO ORDERED.**

September 29, 2020
Alexandria, Virginia

_____
Liam O'Grady
United States District Judge